1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-00357-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| FAISAL RASHID, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Clyde Blackmon, that the trial confirmation hearing currently scheduled for Thursday, July 5, 2007, and the trial currently scheduled for Monday, August 6, 2007, be vacated and status conference/change of plea hearing be scheduled for Thursday, August 2, 2007.

///

///

///

1

1    It is further stipulated and agreed between the parties that
2 the time under the Speedy Trial Act should be excluded from
3 today's date to August 2, 2007, under Local Code T4, Title 18,
4 United States Code, Section 3161 (h)(8)(B)(iv), to give the
5 defendant time to review the discovery and to adequately prepare;
6 and because of the unavailability of counsel until that time.

7 Dated: June 28, 2007                    Respectfully submitted,

8                                         McGREGOR W. SCOTT
                                          U.S. Attorney
9
                                          /s/ Carolyn K. Delaney
10
                                          CAROLYN K. DELANEY
11                                        Assistant U.S. Attorney

12 Dated: June 28, 2007                   /s/ Clyde Blackmon

13                                        CLYDE BLACKMON
                                          Attorney for Faisal Rashid
14

15                              **ORDER**

16 **IT IS HEREBY ORDERED:**   That the trial confirmation hearing
17 scheduled for July 5, 2007, and the trial scheduled for August 6,
18 2007, be vacated, and a status conference/change of plea hearing
19 be scheduled for August 2, 2007.  The Court finds that the time
20 between today and August 2, 2007, is properly excluded under the
21 Speedy Trial Act (Local Code T4) as the ends of justice in
22 granting the continuance outweigh the rights of the defendant and
23 the public in a speedy trial.

24

25  Dated: July 6, 2007

26
                                          _____
27
                                          MORRISON C. ENGLAND, JR.
28                                        UNITED STATES DISTRICT JUDGE