McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>RICHIE MISHAL,<br>  aka Akram Abdellatif,<br>  aka Tom Hanney, and<br>FAISAL MOHAMMAD RASHID,<br>  aka Sal,<br><br>    Defendants. | No. 2:04-cr-00357-MCE<br><br>PRELIMINARY ORDER OF<br>FORFEITURE REGARDING PERSONAL<br>PROPERTY OF RICHIE MISHAL AND<br>FAISAL MOHAMMAD RASHID |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Richie Mishal and Faisal Mohammad Rashid, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a), defendants Richie Mishal and Faisal Mohammad Rashid's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

///

1          a.    Approximately $22,366 in U.S. Currency seized on or about September 15, 2004; and

2          b.    Approximately $15,000 in U.S. Currency seized on or about February 25, 2004.

    2.   The above-listed property constitutes or was derived from proceeds obtained, directly or indirectly and/or used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 846, 841(c)(2) and 960(d)(3) and/or constitutes property, real or personal, involved in a violation of 18 U.S.C. § 1956, or is property traceable to such property.

    3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

    4.   a.   Pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendants, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

///

1              b.   This notice shall state that the petition shall be
2    for a hearing to adjudicate the validity of the petitioner's
3    alleged interest in the property, shall be signed by the
4    petitioner under penalty of perjury, and shall set forth the
5    nature and extent of the petitioner's right, title or interest in
6    the property and any additional facts supporting the petitioner's
7    claim and the relief sought.
8              c.   The United States may also, to the extent
9    practicable, provide direct written notice to any person known to
10   have alleged an interest in the property that is the subject of
11   the Order of Forfeiture, as a substitute for published notice as
12   to those persons so notified.
13        5.   If a petition is timely filed, upon adjudication of all
14   third-party interests, if any, this Court will enter a Final
15   Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) and 21
16   U.S.C. § 853(a), in which all interests will be addressed.
17        IT IS SO ORDERED.

  Dated: September 25, 2007

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

3