IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. 2:04-cr-0357 MCE

    vs.                            (2:08-cv-2956 MCE)

FAISAL RASHID,

    Movant.                    <u>ORDER</u>

_____/

        The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: December 15, 2008.

                                          UNITED STATES MAGISTRATE JUDGE

/001; rashid.rec

1