John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
FAISAL RASHID

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAISAL RASHID,<br><br>Defendant. | No.  2:04-CR-0357-MCE<br><br>**APPLICATION AND ORDER TO ALLOW DEFENDANT TO FILE A REPLY BRIEF RE: DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. Morrision C. England, Jr. |

Defendant, FAISAL RASHID, through his attorney, John Balazs, hereby applies for an order to permit defendant to file a reply brief by December 11, 2015 to the government's opposition to defendant's motion to reduce his sentence under 18 U.S.C. §3582(c)(2).  The Court had originally scheduled a hearing on the motion for December 17, 2015.

On October 29, 2015, the government filed an opposition to Rashid's §3582(c)(2) motion.  Thereafter, undersigned counsel was retained to represent defendant and filed a notice of appearance.  On December 9, 2015, the Court issued a minute order vacating the December 17 hearing and stating that it would take defendant's §3582(c)(2) motion under submission.

1 | Defendant now applies for an order permitting him to file a reply brief to the
2 | government's opposition by December 11, 2015.
3 | Dated:   December 9, 2015

/s/*John Balazs*
JOHN BALAZS

Attorney for Defendant
FAISAL RASHID

### ORDER

IT IS SO ORDERED.

Dated:  December 14, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT