John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
FAISAL RASHID

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FAISAL RASHID,<br><br>  Defendant. | No. 2:04-CR-0357-MCE<br><br>No. 2:07-CR-0313-MCE<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE REPLY BRIEF RE: DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE**<br><br>Hon. Morrision C. England, Jr. |

Defendant Faisal Rashid, through counsel, and plaintiff United States, through counsel, stipulate and request that the due date for Rashid's reply brief be extended to April 19, 2021.

///

///

///

///

///

///

///

///

///

///

This request is to give defense counsel additional time to consult with Rashid and prepare the reply brief.

Respectfully submitted,

Dated: April 12, 2021

/s/*John Balazs*
JOHN BALAZS

Attorney for Defendant
FAISAL RASHID

Dated: April 12, 2021          /s/ *Jason Hitt*
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES

**ORDER**

IT IS SO ORDERED.

Dated: April 13, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE